**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr161**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. FOLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the government's Motion for Modification of Restitution Order. Having considered the government's motion and reviewed the pleadings, and the government having reflected that counsel for defendant has been consulted and that defendant does not oppose the modification, and it further appearing that the request comes within the time allowed at sentencing for modification, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Modification of Restitution Order (#30) is **GRANTED,** and the Judgment is **MODIFIED** to provide the following losses and payees:

> Defendant shall pay restitution in the following amounts to the victims as indicated: $1,051,730.20 to Federal National Mortgage Association, 3900 Wisconsin Avenue NW, Washington, DC 20016; $208,563.50 to Federal Home Loan Mortgage Corporation, P. O. Box 730453, Dallas, TX 75373-0453; and $212,727.73 to Bank of America, 101 South Tryon Street, Charlotte, NC 28255.

The Clerk of this Court shall prepare an Amended Judgment in a Criminal Case (AO 245C) consistent with such determination.

Signed: August 8, 2011

Max O. Cogburn Jr.
United States District Judge