UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00161-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MICHAEL J. FOLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's Motion Requesting Early Termination of Supervised Release. After receipt of that motion, the court checked with both the United States Probation Office and the United States Attorney's Office and neither opposes early termination. While the court will grant the relief based on defendant's good conduct during supervision, defendant is reminded that any outstanding restitution balance may still be collected by the government through other civil means. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion Requesting Early Termination of Supervised Release (#50) is GRANTED, and Supervision is terminated early as successfully completed.

Signed: March 1, 2016



Max O. Cogburn Jr
United States District Judge