UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-161-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MICHAEL J. FOLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion Requesting the US Attorney Stop Taking Money from Social Security Check. The court finds that defendant has offered no legal basis for removing him from the Treasury Offset Program that he enrolled in as part of his plea agreement. Having thus considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion Requesting the US Attorney Stop Taking Money from Social Security Check (#52) is **DENIED**.

Signed: October 16, 2017

Max O. Cogburn Jr.
United States District Judge