UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-161-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **MICHAEL J. FOLEY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion Requesting the US Attorney to Provide a Full Accounting of Liquidation of Defendants [sic] Assets (#55). The court notes that the government acknowledged a potential clerical error leading to the instant motion and that the government is working to correct it. However, it appears to be harmless error, as defendant will still maintain a substantial outstanding balance even after the error is corrected, and his Social Security checks will continue to be garnished for the same amount as before. Having thus considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion Requesting the US Attorney to Provide a Full Accounting of Liquidation of Defendants Assets (#55) is **DENIED**. Further, the court encourages defendant to reach out directly to the U.S. Attorney's Office Asset Recovery Section, instead of pursuing such matters via motion practice.

Signed: November 3, 2017



Max O. Cogburn Jr.
United States District Judge